Page 1 of 5

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 16-57059 | WLH | Judge: Wendy L Hagenau |
| Case Name: | RANDAL J. WILLOUGHBY | | |
| For Period Ending: | 09/30/2018 | | |

| | |
|---|---|
| Trustee Name: | NEIL C GORDON, TRUSTEE |
| Date Filed (f) or Converted (c): | 04/22/2016 (f) |
| 341(a) Meeting Date: | 05/25/2016 |
| Claims Bar Date: | 08/30/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  1428 OLD CANTON ROAD BALL GROUND GA 30107-0000 CHEROKEE | 280,000.00 | 5,686.00 | | 0.00 | 2,734.00 |
| 2.  229 CONFEDERATE AVENUE JASPER GA 30143-0000 PICKENS | 500,000.00 | 107,990.54 | OA | 0.00 | FA |
| 3.  257 CONFEDERATE AVENUE JASPER GA 30143-0000 PICKENS | 800,000.00 | 172,784.87 | OA | 0.00 | FA |
| 4.  2009 DODGE 2500 MILEAGE: 300000 | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 5.  1999 KUBOTA L3410  SECURED BY A BUSINESS LOAN WITH UNITED CO | 10,000.00 | 0.00 | | 0.00 | 0.00 |
| 6.  HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | 0.00 |
| 7.  WEARING APPAREL | 300.00 | 0.00 | | 0.00 | 0.00 |
| 8.  JEWELRY | 0.00 | 0.00 | | 0.00 | 0.00 |
| 9.  CASH | 1,200.00 | 0.00 | | 0.00 | 0.00 |
| 10.  SOUTHERN FIRE SERVICES AND SALES, INC. | 0.00 | 0.00 | | 0.00 | 0.00 |
| 11.  TERM LIFE POLICY - UNITED COMMUNITY BANK IS THE BENEFICIARY | 0.00 | 0.00 | | 0.00 | 0.00 |
| 12.  2000 GMC Sierra | 2,000.00 | 2,000.00 | | 0.00 | 0.00 |
| 13.  2007 Dodge 3500 Diesel | 25,000.00 | 25,000.00 | | 0.00 | 25,000.00 |
| 14.  2015 Federal Tax Refund (u) | Unknown | Unknown | | 15,174.50 | Unknown |
| 15.  PREFERENCE/FRAUDULENT TRANSFERS (u) | Unknown | Unknown | | 0.00 | Unknown |
| 16.  State of Gerogia Refund (u) | 3,248.00 | 248.00 | | 0.00 | 0.00 |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,634,748.00 | $313,709.41 | $15,174.50 | $27,734.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date or hearing or sale, and other action:

Trustee abandoned the estate interest in two tracts located on Confederate Avenue in Jasper, Georgia. There was no equity in the commercial property and possible environmental issues. Debtor scheduled ownership of a 1999 Kubota L3410 and other vehicles which he claimed to be secured by a business loan with United Community Bank. However, in Schedule D, he lists the lien as being in favor of Community Bank of Pickens County. Debtor is to  amend Schedule D to include the correct lender and amount owed.

Trustee has recovered the Debtor's 2015 federal tax refunds. The Debtor has recently amended his schedules to include the 2015 state refund which he has fully exempted.

Initial Projected Date of Final Report (TFR): 12/31/2017          Current Projected Date of Final Report (TFR): 12/31/2018

Trustee Signature:        /s/ NEIL C GORDON, TRUSTEE        Date: 11/01/2018

                          NEIL C GORDON, TRUSTEE
                          171 17th Street NW, Suite 2100
                          Atlanta GA 30363-1031
                          (404) 873-8596
                          (404) 873-8596
                          neil.gordon@agg.com

Case 16-57059-wlh   Doc 50   Filed 11/01/18   Entered 11/01/18 12:02:27   Desc

FORM 2
Page 3 of 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 16-57059 | Trustee Name: | NEIL C GORDON, TRUSTEE |
| Case Name: RANDAL J. WILLOUGHBY | Bank Name: | Union Bank |
| | Account Number/CD#: | XXXXXX9167 |
| | | Checking |
| Taxpayer ID No: XX-XXX8894 | Blanket Bond (per case limit): | $30,390,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | $0.00 |
| 02/06/17 | 14 | United States Treasury | 2015 Federal Tax Refund | 1224-000 | $15,174.50 | | $15,174.50 |
| 03/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.00 | $15,158.50 |
| 04/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.55 | $15,135.95 |
| 05/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.80 | $15,114.15 |
| 06/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.49 | $15,091.66 |
| 07/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.73 | $15,069.93 |
| 08/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.42 | $15,047.51 |
| 09/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.39 | $15,025.12 |
| 10/25/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.64 | $15,003.48 |
| 11/27/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.32 | $14,981.16 |
| 12/26/17 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.58 | $14,959.58 |
| 01/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.26 | $14,937.32 |

Page Subtotals: $15,174.50   $237.18

Case 16-57059-wlh   Doc 50   Filed 11/01/18   Entered 11/01/18 12:02:27   Desc

FORM 2

Page 4 of 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 16-57059 | Trustee Name: NEIL C GORDON, TRUSTEE |
| Case Name: RANDAL J. WILLOUGHBY | Bank Name: Union Bank |
| | Account Number/CD#: XXXXXX9167 |
| | Checking |
| Taxpayer ID No: XX-XXX8894 | Blanket Bond (per case limit): $30,390,000.00 |
| For Period Ending: 09/30/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.23 | $14,915.09 |
| 03/26/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.05 | $14,895.04 |
| 04/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.16 | $14,872.88 |
| 05/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.42 | $14,851.46 |
| 06/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.10 | $14,829.36 |
| 07/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $21.36 | $14,808.00 |
| 08/27/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.03 | $14,785.97 |
| 09/25/18 | | Union Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $22.00 | $14,763.97 |

| | Deposits | Disbursements |
|---|---|---|
| COLUMN TOTALS | $15,174.50 | $410.53 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $15,174.50 | $410.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $15,174.50 | $410.53 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $173.35 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX9167 - Checking | $15,174.50 | $410.53 | $14,763.97 |
|  | $15,174.50 | $410.53 | $14,763.97 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $15,174.50 |
| Total Gross Receipts: | $15,174.50 |

Trustee Signature:    /s/ NEIL C GORDON, TRUSTEE    Date: 11/01/2018

NEIL C GORDON, TRUSTEE
171 17th Street NW, Suite 2100
Atlanta GA 30363-1031
(404) 873-8596
(404) 873-8596
neil.gordon@agg.com

Page Subtotals:                                        $0.00              $0.00